■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JUAN PEREZ, Defendant. [958 NYS2d 622]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice

of appeal from three judgments of the Supreme Court, Kings County, all rendered February 10, 1995.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Lott, Roman and Sgroi, JJ., concur.